# FILED

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

MAY 15 2013

UNITED STATES OF AMERICA

v.

MY SE LO

)
)
)

CR NO: 2:13-MJ-00159 EFB

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum               ☐ Ad Testificandum.

Name of Detainee: **MY SE LO**

Detained at (custodian): **PLACER COUNTY JAIL**

Detainee is:  a.)  ☒  charged in this district by:
☐ Indictment          ☐ Information          ☒ Complaint
Charging Detainee With: **18 U.S.C. § 1344 (2); 18 U.S.C. § 1028A; 18 U.S.C. § 1014; and 18 U.S.C. § 1708**

or   b.)  ☐  a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐  return to the custody of detaining facility upon termination of proceedings
or   b.)  ☒  be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary May 16, 2013 at 2:00 P.M. in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: **Michelle Rodriguez (916) 554-2700**
Attorney of Record for: ____ United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum               ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *May 16, 2013 at 2:00 P.M.,* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

5/15/2013
Date

United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☐ | Female ☒ |
| Booking or CII #: | 26261847 | DOB: | 01/27/1985 |
| Facility Address: | 2775 RICHARDSON DRIVE | Race: | Asian |
| | AUBURN, CA | FBI #: | |
| Facility Phone: | (530) 745-8500 | | |
| Currently Incarcerated For: | PC 182 (a) (1); PC 496; PC 466 | | |

--------------------------------------------------
**RETURN OF SERVICE**

Executed on _____ by _____

_____
(Signature)

Form Crim-48                                                                 Revised 11/19/97